Sunil A. Brahmbhatt, Esq. (SBN. 140484)
Law Office of Sunil A. Brahmbhatt, PLC.
2700 N. Main Street, Suite #310
Santa Ana, CA 92705
Tel: 714-285-1092 * Fax: 714-917-3130

Attorney for Plaintiff
OXY-HEALTH, LLC, A California Limited Liability Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORINA

| | |
|---|---|
| **OXY-HEALTH, LLC, A California Limited Liability Company**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**DIANE PECHENICK, an individual; HEALING DIVES, INC., a Nevada corporation successor-in-interest of California Realty Partners, Inc., A California corporation and DOES 1-50, inclusive.**<br><br>**DEFENDANTS,** | **Case No:**<br><br>**COMPLAINT FOR INJUCTION BASED ON:**<br>(1) **BREACH OF SETTLEMENT AGREEMENT;**<br>(2) **TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114;**<br>(3) **TRADEMARK DILUTION UNDER 15 U.S.C.§1125(c);**<br>(4) **UNFAIR COMPETITON AND FALSE ADVERTISING 15 U.S.C.§1125 (a);**<br>(5) **UNFAIR COMPETITION AND FALSE ADVERTISING UNDER CAL.BUS. & PROF. CODE §§ 17200 AND 17500, ET SEQ.**<br><br>**{JURY TRIAL DEMANDED}** |

COMPLAINT- OXYHEALTH V. PECHENICK AND HEALING DIVES, INC.

Plaintiff OXY-HEALTH, LLC., a California Limited Liability Company (interchangeably referred to as, "OXY-HEALTH" or "Plaintiff") for its complaint against Defendants DIANE PECHENICK, an individual ("PECHENICK") and d/b/a HEALING DIVES, INC., a Nevada corporation ("HDI") authorized to do business in California; and Does 1 through 50, inclusive (collectively, "Defendants"), alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

## PRELIMINARY STATEMENT

1. This is an action for breach of a Settlement Agreement entered into on November 12, 2010 in a trademark infringement case filed with this court on 5/28/2009 under Case No. cv-09-3796 RSWL (SHx) ("2009 TRADEMARK INFRINGEMENT CASE") and for additional claims in violation of the 11/12/2010 Settlement Agreement for infringement of Plaintiff's famous federally-registered trademarks under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), for unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), for dilution under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), Violation of Anti-Cybersquatting Consumer Protection Act (Cyberpiracy) 15 U.S.C. § 1125(d), and for substantial and related claims under the statutory and common laws of the State of California, all arising from the Defendant's unauthorized use of the trademarks in connection with the marketing, advertising, promotion, offering for sale, and/or sale of Defendant's Hyperbaric Oxygen Therapy Chambers.

## JURISDICTION AND VENUE

2. Pursuant to the 2009 TRADEMARK INFRINGEMENT CASE, this court on 11/23/2010 entered an Order to, '*maintain jurisdiction over enforcement of the* [Settlement]

2

**COMPLAINT- OXYHEALTH V. PECHENICK AND HEALING DIVES, INC.**

*Agreement*'. This case alleges a breach of settlement agreement arising from the 2009 TRADEMARK INFRINGEMENT CASE.

3. The additional claims alleged in this action arises under the federal trademark statute (the "Lanham Act") 15 U.S.C. §1051 *et seq*., 28 U.S.C. § 1331 (federal question); 28 U.S.C. §1338(a) (trademark); and, 15 U.S.C.§§1114 &1125 (trademark infringement, trademark dilution, federal trademark, false advertising, false representation and false designation of origin and pendent jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367;

4. Venue is also proper in this district under 28 U.S.C. § 1391(b)(1), in that Defendant PECHENICK resides in this district, [28 U.S.C. § 1391(b)(2)], in that a substantial part of the events or omissions giving rise to the claim occurred in this district, [28 U.S.C. § 1391(b)(2)], in that Defendant is subject to personal jurisdiction in this district with respect to this action, and there is no other district in which the action may otherwise be brought].

**PARTIES**

5. Plaintiff OXY-HEALTH, LLC., ("Plaintiff" or "OXY-HEALTH") is a Limited Liability Company organized under the laws of the State of California with its principal place of business located at, 10719 Norwalk Blvd., Santa Fe Springs, CA 90670.

6. On Information and belief, Defendant HEALING DIVES, INC., ("HDI") is a domestic profit corporation organized under the laws of the State of Nevada whose principal place of business is located at, 6767 West Tropicana Avenue, Ste 229, Las Vegas, NV 89103. On November 17, 2011, HDI filed its Statement in the state of California and is currently duly registered and authorized to transact business in California with its principal place of business in California at, 4220 Los Lobos Road, Woodland Hills, CA 91364. Plaintiff is informed and believes that HDI's sole shareholder is, Defendant PECHENICK, a resident of, the county of Los Angeles, state of California.

7. On Information and belief, Defendant DIANE PECHENICK is an individual residing in the County of Los Angeles County, State of California and prior to 10/18/2011 was doing business under the fictitious business name, Healing Dives. On 10/18/2011, PECHENICK incorporated Healing Dives in Nevada and its principal officer and shareholder is Defendant PECHENICK.

8. Plaintiff OXY is presently unaware of the true names of Defendants identified in the complaint under the fictitious names, Doe No 1-50. On information and belief, does 1-50 are unlawfully and unfairly using and infringing, without authorization Plaintiff OXY's trademarks, specifically, Plaintiff OXY-HEALTH'S product names, each of which are subject to trademark protection, *'Vitaeris 320® 'Solace 210®';* and confusing similar variations thereof, in connection with websites and other forms of on-line advertising that promote, market and sell hyperbaric oxygen therapy ("HBOT"). Plaintiff will amend and its complaint to identify the true and correct names of the Doe Defendants as they are discovered.

## FACTUAL BACKGROUND

9. Plaintiff OXY-HEALTH is the sole and exclusive worldwide distributor and industry leader in the promotion of hyperbaric oxygen therapy ("HBOT").

10. Since 2008 and thereafter, Plaintiff OXY-HEALTH has continuously used two (2) distinctive trademarks for its products *'Vitaeris 320® 'Solace 210®';* to market and sell its HBOT chambers throughout United States and around the world.

11. Plaintiff OXY-HEALTH has devoted substantial time, effort and resources to the development and extensive promotion of its two (2) popular and in high demand HBOT products, *'Vitaeris 320®'* and *'Solace 210®'.* As a result of these efforts, the public has

come to recognize and rely upon Plaintiff OXY-HEALTH'S HBOT products, *'Vitaeris 320®'* and *'Solace 210®'* as an indication of the high quality of HBOT chambers.

12. On October 14, 2008, the United States Patent & Trademark office ("USPTO") issued to Plaintiff OXY-HEALTH, U.S. Trademark Registration No. 3514991 (Serial No. 77272987) for its mark, *Vitaeris 320®* in connection with HBOT Chamber product name. A true and correct copy of this registration with the registered mark in use in commerce is attached as Exhibit "A" and incorporated herein by this reference.

13. On August 31, 2010, the United States Patent & Trademark office ("USPTO") issued to Plaintiff OXY-HEALTH, U.S. Trademark Registration No. 3839918 (Serial No. 77769316) for its mark, *Solace 210®*, in connection with a HBOT Chamber product name. A true and correct copy of this registration with the registered mark in use in commerce is attached as Exhibit "B" and incorporated herein by this reference.

14. The *OXYHEALTH®, Vitaeris 320®'* and *'Solace 210®'* are all in full force and effect on the USPTO'S Principal Register, and gives the rise of presumptions in favor of Plaintiff OXY-HEALTH with respect to validity, ownership and exclusive rights to use the marks, *Vitaeris 320®* and *Solace 210®* throughout United States.

15. Plaintiff OXY-HEALTH is the valid registered owner of the registered marks, *Vitaeris 320®'* and *'Solace 210®'* and has continuously used the marks in commerce throughout United States in the distribution, provision, offering for sale, sale, marketing, advertising and promotion of HBOT Chambers.

16. As a result of its widespread, continuous and exclusive use of each of the registered marks, *Vitaeris 320®* and *'Solace 210®'* identifying HBOT Chambers and Plaintiff OXY-HEALTH as their source, Plaintiff OXY-HEALTH owns valid and subsisting federal statutory and common law rights to the *'Vitaeris 320®'* and *'Solace 210®'* Marks.

17. Plaintiff's '*Vitaeris 320*®' *and* '*Solace 210*®' Marks are distinctive to both the consuming public and Plaintiff OXY-HEALTH'S trade.

18. The 2009 TRADEMARK INFRINGEMENT CASE was filed on 5/28/2009 against, Defendants PECHENICK, an individual; California Realty Partners, Inc., a California corporation d/b/a Healing Dives and others.

19. Plaintiff OXY-HEALTH, is informed and believes that, on 10/25/2011 Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives merged out with a newly formed entity, Healing Dives, Inc., a Nevada Corporation. Attached as Exhibit "C" is a true and correct copy of the Articles of Merger filed with the office of the Nevada Secretary of State which is incorporated herein by this reference.

20. Subsequently on 11/17/2011, Healing Dives, Inc., a Nevada Corporation and successor in interest of, Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives, filed its, '*Statement of Designation by Foreign Corporation'* with the Secretary of State of the state of California. Attached as Exhibit "D" is a true and correct copy of the '*Statement of Designation by Foreign Corporation'* which is incorporated herein by this reference.

21. A confidential Settlement Agreement was entered into on 11/10/2010 in the 2009 TRADEMARK INFRINGEMENT CASE whereby, Defendant PECHENICK and Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives and *"all those acting in concert with them, including but not limited to all affiliated and related companies and all people and entities engaged in business with Defendants over whom Defendants have control, will never purchase or otherwise bid on any of Oxy's current or future trademarks, or any marks confusingly similar to those trademarks, including variations or misspellings, as keywords for any internet search engine. A list of*

*OXY's current marks is attached as Exhibit A ..."* ("THE 2010 SETTLEMENT AGREEMENT"). The restricted use marks identified and listed on Exhibit "A" are, *"Oxyhealth, Respiro, Solace, Quamvis, Vitaeris, Oasis and Fortius".*

### BREACH OF 2010 SETTLEMENT AGREEMENT

**(a) GOOGLE ADWORDS.**

22. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have breached the 2010 SETTLEMENT AGREEMENT by purchasing six (6) separate Google adwords on internet search engine to divert and highjack internet consumer traffic for the sole purpose of selling Healing Dives products. The words purchased in violation of the 2009 SETTLEMENT AGREEMENT are as follows:

(a)      vitaeris hyperbaric chamber;

(b)      vitaeris 320 Hyperbaric;

(c)      vitaeris 320;

(d)       vitaeris 320 hyperbaric chamber;

(e)      Solace Hyperbaric Chambers

(f)      Solace 210 hyperbaric chamber

23. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have purchased the Google Adword, **'vitaeris hyperbaric chamber'** in violation of the 2010 SETTLEMENT AGREEMENT. Based on Plaintiff OXY-HEALTH'S investigation, Defendants, PECHENICK and HDI intentionally purchased and used the afore-mentioned restricted GOOGLE Adwords in

7

direct violation of the 2010 SETTLEMENT AGREEMENT and is continuing to use said Google Adword as of the date of the filing of this action, to divert traffic to its web site, www.healingdives.com.

24. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have purchased the Google Adword, **'vitaeris 320 hyperbaric'** in violation of the 2010 SETTLEMENT AGREEMENT. Based on Plaintiff OXY-HEALTH'S investigation, intentionally purchased and used the afore-mentioned restricted GOOGLE Adwords in direct violation of the 2010 SETTLEMENT AGREEMENT and is continuing to use said Google Adword as of the date of the filing of this action, to divert traffic to its web site, www.healingdives.com.

25. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have purchased the Google Ad word, **'vitaeris 320'** in violation of the 2010 SETTLEMENT. Based on Plaintiff OXY-HEALTH'S investigation, intentionally purchased and used the afore-mentioned restricted GOOGLE Adwords in direct violation of the 2010 SETTLEMENT AGREEMENT and is continuing to use said Google Adword as of the date of the filing of this action, to divert traffic to its web site, www.healingdives.com.

26. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have purchased the Google Ad word, **'vitaeris 320 hyperbaric chamber'** in violation of the 2009 SETTLEMENT AGREEMENT. Based on Plaintiff OXY-HEALTH'S investigation, intentionally purchased

and used the afore-mentioned restricted GOOGLE Adwords in direct violation of the 2010 SETTLEMENT AGREEMENT and is continuing to use said Google Adword as of the date of the filing of this action, to divert traffic to its web site, www.healingdives.com.

27. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have purchased the Google Ad word, **'Solace hyperbaric chamber'** in violation of the 2010 SETTLEMENT AGREEMENT. Based on Plaintiff OXY-HEALTH'S investigation, intentionally purchased and used the afore-mentioned restricted GOOGLE Adwords in direct violation of the 2010 SETTLEMENT AGREEMENT and is continuing to use said Google Adword as of the date of the filing of this action, to divert traffic to its web site, www.healingdives.com.

28. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have purchased the Google Ad word, **'Solace 210 hyperbaric chamber'** in violation of the 2010 SETTLEMENT AGREEMENT. Based on Plaintiff OXY-HEALTH'S investigation, intentionally purchased and used the afore-mentioned restricted GOOGLE Adwords in direct violation of the 2010 SETTLEMENT AGREEMENT and is continuing to use said Google Adword as of the date of the filing of this action, to divert traffic to its web site, www.healingdives.com.

29. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, have breached the 2010 SETTLEMENT AGREEMENT by purchasing the afore-mentioned Google adwords which contain the restricted trademarked words, 'vitaeris' and 'solace' to divert traffic to the web site,

www.healingdives.com. Attached as Exhibit "E" is a summary of each of the infringing purchased Google Adwords with a copy of the diversion advertisement to www.healingdives.com.

30. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) intentional breach of the 2010 SETTLEMENT AGREEMENT constitutes willful and malicious violation of Plaintiff OXY-HEALTH'S trademark rights, aimed at causing financial injury to Plaintiff OXY-HEALTH and preventing Plaintiff OXY-HEALTH from continuing to build its business around those marks that it has long possessed and protected.

   **(B)    ORGANIC SEARCH ENGINE OPTIMIZATION (SEO).**

31. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) has infringed on five (5) KEYWORDS through Organic SEO (i.e. search engine optimization) which is a method used to obtain high placement (or ranking) on a search engine results page in unpaid algorithm-driven results on a given search engine.

32. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) is currently infringing on Plaintiff OXY-HEALTH'S Mar, 'vitaeris' by using the following KEYWORDS,

   **(a)** vitaeris hyperbaric chamber for sale;

   **(b)** vitaeris 320 for sale;

   **(c)** vitaeris 320 price;

**(d)** vitaeris hyperbaric chamber;

**(e)** vitaeris 320 hyperbaric oxygen chamber;

A true and correct summary of the afore-mentioned KEYWORDS search on google is attached hereto as Exhibit "f" and incorporated herein by this reference.

### UNLAWFUL ACTIVITIES AFTER THE 2010 SETTLEMENT AGREEMENT

**33.** After execution of the 2010 SETTLEMENT AGREEMENT and dismissal of THE 2009 TRADEMARK INFRINGEMENT CASE, Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, intentionally engaged in the prohibited activities under the 2010 SETTLEMENT AGREEMENT by continuing to infringe on the restrictive marks, 'vitaeris' and 'solace' by purchasing the following Google adwords:

(a)    vitaeris hyperbaric chamber;

(b)    vitaeris 320 Hyperbaric;

(c)    vitaeris 320;

(d)    vitaeris 320 hyperbaric chamber;

(e)    solace Hyperbaric Chambers

(f)    solace 210 hyperbaric chamber

**34.** After execution of the 2010 SETTLEMENT AGREEMENT and dismissal of THE 2009 TRADEMARK INFRINGEMENT CASE, Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) has infringed on five (5) KEYWORDS,

**(a)** vitaeris hyperbaric chamber for sale;

**(b)** vitaeris 320 for sale;

**(c)** vitaeris 320 price;

**(d)** vitaeris hyperbaric chamber;

**(e)** vitaeris 320 hyperbaric oxygen chamber;

through Organic SEO (i.e. search engine optimization) which is a method used to obtain high placement (or ranking) on a search engine results page in unpaid algorithm-driven results on a given search engine.

35. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) is currently infringing on Plaintiff OXY-HEALTH'S trademarks, 'vitaeris' and 'solace' by intuitionally purchasing the afore-mentioned Google Adwords and the afore-mentioned Organic KEYWORDS to divert and hijack internet traffic away from Plaintiff OXY-Health and to its web site, www.healingdives.com.

36. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, has marketed, advertised, promoted and sold its hyperbaric chambers under the 'healing dives' and 'summit to sea' trade names through its web site, www.healingdives.com by purchasing the afore-mentioned six (6) Google adwords and five (5) afore-mentioned organic SEO KEYWORDS incorporating either one or both of the infringing marks 'vitaeris' and 'solace' for the sole purpose of diverting and high jacking internet traffic away from Plaintiff OXY-HEALTH'S website which is likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of the Defendant PECHENICK and HDI's hyperbaric chambers  and have and are likely to deceive the relevant consuming public into believing,

mistakenly, that Defendant PECHENICK and HDI's hyperbaric chambers originate from, are associated or affiliated with, or otherwise authorized by Plaintiff OXY-HEALTH.

37. Plaintiff OXY-HEALTH, is informed and believes that, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of them, are intentionally and willfully engaged in a bait and switch campaign to deceive the general public by the illegal use of Plaintiff OXY-HEALTH'S protected Marks, 'vitaeris' and 'solace', in direct violation of the 2010 SETTLEMENT AGREEMENT.

38. Upon information and belief, Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives), each of their acts are willful with the deliberate intent to trade on the goodwill of Plaintiff OXY-HEALTH'S Mark(s), 'vitaeris' and 'solace', causing confusion and deception in the marketplace, and divert potential sales of Plaintiff OXY-HEALTH'S HYPERBARIC CHAMBERS to the Defendants, PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives).

39. Defendant's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

## FIRST CLAIM
## BREACH OF SETTLEMENT AGREEMENT

40. Plaintiff repeats and re-alleges paragraphs 1 through 39 hereof, as if fully set forth herein.

41. On 11/10/2010 Plaintiff and Defendants PECHENICK Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives, predecessor of Defendant HDI, entered into in writing the 2010 SETTLEMENT AGREEMENT in the 2009

COMPLAINT- OXYHEALTH V. PECHENICK AND HEALING DIVES, INC.

TRADEMARK INFRINGEMENT CASE. A copy of the 2010 SETTLEMENT AGREEMENT is not being attached due to the confidentiality provision of the agreement.

42. Plaintiff OXY-HEALTH has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the 2010 SETTLEMENT AGREEMENT.

43. Plaintiff OXY-HEALTH, is informed and believes that, Defendants PECHENICK Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives, predecessor of Defendant HDI, has intentionally and willfully breached paragraph 2 of the 2010 SETTLEMENT AGREEMENT by purchasing six (6) Google Adwords and five (5) organic SEO KEYWORDS incorporating, either one or both, restricted words, **'vitaeris' and 'solace'.** Each of the infringing Marks, 'vitaeris' and 'solace' are specifically identified on Exhibit "A" of the 2010 SETTLEMENT AGREEMENT.

44. As a direct and proximate result of Defendants' PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) willful and intentional breach of the 2010 SETTLEMENT AGREEMENT, Plaintiff has suffered substantial monetary damages, all in a minimum amount of not less than five million Dollars ($5,000,000.00), the exact amount to be determined at trial, according to proof.

**WHEREFORE,** Plaintiff OXY-HEALTH prays judgment as set forth in the prayer.

**SECOND CLAIM**
**FEDERAL TRADEMARK INFRINGEMENT**
**[15 U.S.C. § 1114]**

45. Plaintiff repeats and re-alleges paragraphs 1 through 44 hereof, as if fully set forth herein.

46. The actions of Defendant's PECHENICK and HDI described above and specifically, without limitation, their intentional, willful and unauthorized use of Plaintiff's federally

**COMPLAINT- OXYHEALTH V. PECHENICK AND HEALING DIVES, INC.**

registered trademark name, *'vitaeris'* and *'solace'* as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's hyperbaric chambers, and is likely to cause consumers to believe, contrary to fact, that Defendant's hyperbaric chambers are sold, authorized, endorsed, or sponsored by Plaintiff OXY-HEALTH, or that Defendants PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) are in some way affiliated with or sponsored by Plaintiff OXY-HEALTH. Defendant PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

47.  Upon information and belief, Defendants PECHENICK and HDI have committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in the *'vitaeris'* and *'solace'* Marks based on the restrictive covenants contained in the 2010 SETTLEMENT AGREEMENT which specially lists the restrictive federally registered Marks, *'vitaeris'* and *'solace'* all with the willful intent to cause confusion, trade and harm to Plaintiff's goodwill.

48.  Defendant PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) conduct is causing immediate and irreparable harm and injury to Plaintiff OXY-HEALTH, and to its goodwill and reputation, and will continue to both damage Plaintiff OXY-HEALTH and confuse the public unless enjoined by this court. Plaintiff OXY-HEALTH has no adequate remedy at law.

49.  Defendant**s,** PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) actions constitute a knowing,

deliberate, and willful infringement of Plaintiff OXY-HEALTH'S federally registered marks, the knowing and intentional nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. §1117(a), whereby Plaintiff OXY-HEALTH is entitled to recover in equity, (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action.

**50.** As a direct and proximate result of Defendants' PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) willful and intentional breach of the 2010 SETTLEMENT AGREEMENT, Plaintiff has suffered substantial monetary damages as well as the continuing loss of goodwill and reputation established by Plaintiff OXY-HEALTH, a leader in the HBOT marketplace, in its federally registered marks *vitaeris'* and *'solace'*. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm, and an injury for which Plaintiff OXY-HEALTH has no adequate remedy at law. Plaintiff OXY-HEALTH will continue to suffer irreparable harm unless this court enjoins, Defendants PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) and all others acting through them.

**51.** Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

### THIRD CLAIM
### FEDERAL TRADEMARK DILUTION
### [15 U.S.C. § 1125(C)]

**52.** Plaintiff repeats and re-alleges paragraphs 1 through 51 hereof, as if fully set forth herein.

**53.** The actions of Defendant's PECHENICK and HDI described above and specifically,

without limitation, their unauthorized use of Plaintiff's trademark name, 'vitaeras' and 'solace' trademark as alleged herein in commerce to advertise, market and sell *healing dives* and *summit to sea* HBOT chambers of inferior quality and workmanship in the United States including California, are likely to cause dilution by blurring and tarnishment in violation of 15 U.S.C. § 1125(c).

54. The actions of Defendant's PECHENICK and HDI, (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) if not enjoined, will continue. Plaintiff OXY-HEALTH has suffered and continues to suffer damages in an amount to be proven at trial, consisting amongst other things, diminution in the value and goodwill associated with the federally registered *'vitaeris'* and *'solace'* Marks and brand, and injury to Plaintiff OXY-HEALTH'S business. Plaintiff OXY-HEALTH is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116 and 15 U.S.C. § 1125(c).

55. On information and belief, the actions of Defendants PECHENICK and HDI described above were and continue to be deliberate and willful. Plaintiff OXY-HEALTH is therefore entitled to recover damages of profits made by Defendants PECHENICK and HDI on sales diverted from the illegal use of the afore-mentioned trademarks through the internet and costs of this action pursuant to 15 U.S.C. § 1117, according to proof at trial.

### FOURTH CLAIM
### FEDERAL TRADEMARK DILUTION
### [15 U.S.C. § 1125(c)]

56. Plaintiff repeats and re-alleges paragraphs 1 through 55 hereof, as if fully set forth herein.

57. Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) unauthorized use in commerce of the Infringing Mark as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendants PECHENICK and HDI'S (successor in

interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) HBOT chambers, and is likely to cause consumers to believe, contrary to fact, that Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) HBOT chambers are sold, authorized, endorsed, or sponsored by Plaintiff OXY-HEALTH, or that Defendants PECHENICK and HDI (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) are in some way affiliated with or sponsored by Plaintiff OXY-HEALTH.

**58.** Defendants PECHENICK and HDI'S unauthorized use in commerce of the Infringing Marks, *'vitaeris'* and *'solace'* as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

**59.** Upon information and belief, Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) with Plaintiff OXY-HEALTH.

**60.** Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

**61.** Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff OXY-HEALTH and to its

goodwill and reputation, and will continue to both damage Plaintiff OXY-HEALTH and confuse the public unless enjoined by this court. Plaintiff OXY-HEALTH has no adequate remedy at law.

62. Plaintiff OXY-HEALTH is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## FIFTH CLAIM
## UNFAIR COMPETITION AND FALSE ADVERTISING
## [CAL.BUS. & PROF. CODE §§ 17200 AND 17500, ET SEQ]

63. Plaintiff repeats and re-alleges paragraphs 1 through 62 hereof, as if fully set forth herein.

64. Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) conduct of the unauthorized use in commerce of the Infringing Marks, *'vitaeris'* and *'solace'* as alleged herein constitutes unfair competition and deceptive acts or practices in the course of business, trade, or commerce, in violation of Cal. Bus. & Prof. Code §§17200 and 17500, et seq.

65. Plaintiff OXY-HEALTH is informed and believes that as a direct and proximate result of Defendants, PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) wrongful conduct as described above, each of the Defendants gained revenues and profits properly belonging to Plaintiff OXY-HEALTH. Plaintiff OXY-HEALTH therefore seeks restitution of these amounts and also seeks injunctive relief restraining Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a

Healing Dives) and all others acting on behalf and in concert with them, from further engaging in any use of the Infringing Marks, *'vitaeris'* and *'solace'* or any other federally registered marks of Plaintiff OXY-HEALTH, including those previously identified in Exhibit "A" of the 2010 SETTLEMENT AGREMEENT.

## JURY DEMAND

**66.** Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff OXY-HEALTH requests a trial of all issues that may be tried to a jury in this action.

**WHEREFORE, Plaintiff OXY-HEALTH requests judgment against Defendants PECHENICK and HDI'S (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) as follows:**

## PRAYER FOR RELIEF

**1.** That Defendants, PECHENICK and HEALING DIVES, INC., (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) have violated Section 32 of the Lanham Act (15 U.S.C. § 1114); and Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)); and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)).

**2.** That Defendants PECHENICK and HEALING DIVES, INC., (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) have also engaged in unfair competition and false advertising ad violated Cal. Bus. & Prof. Code §17200 and §17500, et seq.

**3.** Granting an injunction preliminarily and permanently enjoining Defendants PECHENICK and HEALING DIVES, INC., (successor in interest of Defendant California Realty Partners, Inc., a California corporation d/b/a Healing Dives) its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the

Court's order by personal service or otherwise from:

**a.** purchasing any Google Adwords or using in any manner whatsoever any portion of the Infringed Marks, 'Vitaeris 270' and 'Solace 210' and all other federally registered proprietary trademarks of Plaintiff OXY-HEALTH, specifically, those identified in Exhibit "A" of the 2010 SETTLEMENT AGRREMENT arising out of the 2009 TRADEMARK INFRINGEMENT CASE;

**b.** engaging in any activity on the internet or otherwise in any medium of communications through organic search engine optimization (SEO) that infringes upon Plaintiff OXY-HEALTH'S rights in its federally registered trademarks, *'Vitaeris 270'*; *'Solace 210'*; *'Oxyhealth'*; *'Respiro 270'*; *'Quamvis 320'* and *'Fortius 420'*;

**c.** engaging in any activity constituting unfair competition with Plaintiff OXY-HEALTH;

**d.** engaging in any activity that is likely to dilute the distinctiveness of Plaintiff OXY-HEALTH'S federally registered trademarks, *'Vitaeris 270'*; *'Solace 210'*; *'Oxyhealth'*; *'Respiro 270'*; *'Quamvis 320'* and *'Fortius 420'*;

**e.** making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant Healing Dives, Inc.'s hyperbaric oxygen therapy chambers are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff OXY-HEALTH or (ii) Plaintiff OXY-HEALTH'S hyperbaric oxygen therapy chambers are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant Healing Dives, Inc.;

**f.** using or authorizing any third party to use in connection with any business, goods or services relating to hyperbaric oxygen therapy chambers which contain any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or

trade dress that falsely associate such hyperbaric oxygen therapy chambers with Plaintiff OXY-HEALTH or tend to do so;

**g.** registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating Plaintiff OXY-HEALTH'S federally registered trademarks, *'Vitaeris 270'*; *'Solace 210'*; *'Oxyhealth'*; *'Respiro 270'*; *'Quamvis 320'* and *'Fortius 420'*, or any other mark that infringes or is likely to be confused with Plaintiff OXY-HEALTH'S federally registered trademarks, *'Vitaeris 270'*; *'Solace 210'*; *'Oxyhealth'*; *'Respiro 270'*; *'Quamvis 320'* and *'Fortius 420'*, or any goods or services of Plaintiff OXY-HEALTH, or Plaintiff OXY-HELATH as their source; and

**h.** aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (g).

**4.** Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise offered or circulated by Defendant are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or constitute or are connected with Plaintiff's OXY-HEALTH'S hyperbaric oxygen therapy chambers.

**5.** Directing Defendants PECHENIC and HEALING DIVES, INC., to immediately cease the use of the word, ***'vitaeris'*** and ***'solace'*** in any internet advertising campaign with Google or by using KEYWORDS through organic search engine optimization (SEO), or on any retail website and any other organic advertising campaigns on the internet using the Infringed Marks that feature or bear any designation or mark incorporating the mark or any portion of the federally registered trademarks, *'Vitaeris 270'*; *'Solace 210'*; *'Oxyhealth'*; *'Respiro 270'*; *'Quamvis 320'* and *'Fortius 420'*, or any other mark that is a copy, simulation, confusingly

COMPLAINT- OXYHEALTH V. PECHENICK AND HEALING DIVES, INC.

similar variation, or colorable imitation of Plaintiff OXY-HEALTH'S federally registered trademarks, *'Vitaeris 270'*; *'Solace 210'*; *'Oxyhealth'*; *'Respiro 270'*; *'Quamvis 320'* and *'Fortius 420'*, and to immediately remove them from public access and view.

**6.** Directing Defendants PECHENIC and HEALING DIVES, INC., to immediately provide proof of cancellation of the purchased Google all Adwords and deletion of all Organic Search Engine Optimization (SEO) words containing the infringed marks, *'vitaeris'* and *'solace'*.

**7.** Awarding Plaintiff OXY-HEALTH an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

**8.** Directing that Defendants PECHENICK and HEALING DIVES, INC., account to and pay over to Plaintiff OXY-HEALTH all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate Plaintiff OXY-HEALTH for the damages caused thereby.

**9.** Awarding Plaintiff OXY-HEALTH punitive and exemplary damages as the court finds appropriate to deter any future willful infringement.

**10.** Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff OXY-HEALTH its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

**11.** Awarding Plaintiff OXY-HEALTH interest, including prejudgment and post-judgment interest, on the foregoing sums.

**12.** Awarding such other and further relief as the Court deems just and proper.

**LAW OFFICE OF SUNIL A. BRAHMBHATT, PLC.**

**Dated:** June 12, 2017

Sunil A. Brahmbhatt, Esq.
Attorney for Plaintiff Oxy-Health, LLC.

23

EXHIBIT "A"



# United States of America
### United States Patent and Trademark Office

# SOLACE 210

**Reg. No. 3,839,918**
**Registered Aug. 31, 2010**

OXY-HEALTH, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
10719 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670

**Int. Cl.: 10**

FOR: HYPERBARIC OXYGEN CHAMBERS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

FIRST USE 2-21-2003; IN COMMERCE 3-10-2003.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "210", APART FROM THE MARK AS SHOWN.

SER. NO. 77-769,316, FILED 6-26-2009.

BRIAN CALLAGHAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT "B"



## CERTIFICATE OF REGISTRATION

### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid **CANCELLATION** of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

**Int. Cl.: 10**

**Prior U.S. Cls.: 26, 39 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,514,991**

Registered Oct. 14, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Vitaeris 320

OXY HEALTH, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
10719 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670

FOR: A MILD PORTABLE HYPERBARIC CHAMBER FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-272,987, FILED 9-6-2007.

LINDA E. BLOHM, EXAMINING ATTORNEY

# EXHIBIT "C"



**FILED**
In the Office of the Secretary of State
of the State of California

NOV 1 7 2011

# Statement and Designation
## by Foreign Corporation

HEALING DIVES, INC.
_____
(Name of Corporation)

_____ , a corporation organized and existing under the

laws of _____NEVADA_____ , makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is 6767 W. TROPICANA AVE. SUITE 229, LAS

   VEGAS, NV 89103.

2. The address of its principal office in the State of California is _____

   (If none, leave Item 2 blank.)

### Designation of Agent for Service of Process in the State of California
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process **agent is a natural person.**)

   JEFFREY R. MATSEN _____ , a natural person residing in the State of

   California, whose complete street address is 695 TOWN CENTER DR. SUITE 700, COSTA MESA, CA

   92626 _____ , is designated as agent upon whom process directed to
   this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process **agent is another corporation.**)

   _____

   a corporation organized and existing under the laws of _____ ,
   is designated as agent upon whom process directed to this corporation may be served within the State
   of California, in the manner provided by law.

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to
   service of process on the Secretary of State of the State of California if the agent so designated or the
   agent's successor is no longer authorized to act or cannot be found at the address given.

_____          DIANE PECHENICK, PRESIDENT
(Signature of Corporate Officer)           (Typed Name and Title of Officer Signing)

_If an individual is designated as the agent for service of process, include the agent's business or residential **street** address in California (a P.O. Box address is not acceptable). If another corporation is designated as the agent for service of process, do not include the address of the designated corporation._ **Note:** _Corporate agents must have complied with California Corporations Code section 1505 prior to designation, and a corporation cannot act as its own agent._

Secretary of State Form
S&DC-STOCK/NONPROFIT (REV 04/2010)





# CERTIFICATE OF EXISTENCE
## WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **HEALING DIVES, INC.**, as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 18, 2011, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 17, 2011.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20111117-0891
You may verify this electronic certificate
online at **http://www.nvsos.gov/**

EXHIBIT "D"


*140103*

2389955 out

**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov



| Filed in the office of | Document Number |
| --- | --- |
| | **20110762746-06** |
| Ross Miller | Filing Date and Time |
| Secretary of State | **10/25/2011 10:20 AM** |
| State of Nevada | Entity Number |
| | **E0570862011-8** |

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 1

**FILED**
in the office of the Secretary of State
of the State of California

**OCT 2 6 2011**

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

## Articles of Merger
### (Pursuant to NRS Chapter 92A)

1) Name and jurisdiction of organization of each constituent entity (NRS 92A.200):

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article one.

CALIFORNIA REALTY PARTNERS, INC.
Name of **merging** entity

CALIFORNIA                                        CORPORATION
Jurisdiction                                        Entity type *


Name of **merging** entity


Jurisdiction                                        Entity type *


Name of **merging** entity


Jurisdiction                                        Entity type *


Name of **merging** entity


Jurisdiction                                        Entity type *

and,

HEALING DIVES, INC.
Name of **surviving** entity

NEVADA                                            CORPORATION
Jurisdiction                                        Entity type *

* Corporation, non-profit corporation, limited partnership, limited-liability company or business trust.

### Filing Fee: $350.00

*This form must be accompanied by appropriate fees.*

i



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

---

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 2

---

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                    ABOVE SPACE IS FOR OFFICE USE ONLY

2) **Forwarding address where copies of process may be sent by the Secretary of State of Nevada (if a foreign entity is the survivor in the merger – NRS 92A.190):**

        Attn:

        c/o:

3) **Choose one:**

☒ The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).

☐ The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180).

4) **Owner's approval (NRS 92A.200) (options a, b or c must be used, as applicable, for each entity):**

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from the appropriate section of article four.

(a) Owner's approval was not required from

    Name of **merging** entity, if applicable

    Name of **merging** entity, if applicable

    Name of **merging** entity, if applicable

    Name of **merging** entity, if applicable

    and, or;

    Name of **surviving** entity, if applicable

*This form must be accompanied by appropriate fees.*



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 3

USE BLACK INK ONLY - DO NOT HIGHLIGHT                               ABOVE SPACE IS FOR OFFICE USE ONLY

(b) The plan was approved by the required consent of the owners of *:

CALIFORNIA REALTY PARTNERS, INC.
Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

and, or;

HEALING DIVES, INC.
Name of **surviving** entity, if applicable

* Unless otherwise provided in the certificate of trust or governing instrument of a business trust, a merger must be approved by all
the trustees and beneficial owners of each business trust that is a constituent entity in the merger.

*This form must be accompanied by appropriate fees.*                  Nevada Secretary of State 92A Merger Page 3
                                                                      Revised: 8-31-11



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 4

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                    ABOVE SPACE IS FOR OFFICE USE ONLY

(c) Approval of plan of merger for Nevada non-profit corporation (NRS 92A.160):

The plan of merger has been approved by the directors of the corporation and by each
public officer or other person whose approval of the plan of merger is required by the
articles of incorporation of the domestic corporation.

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

and, or;

Name of **surviving** entity, if applicable

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State 92A Merger Page 4
                                                                         Revised: 8-31-11



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 5

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                    ABOVE SPACE IS FOR OFFICE USE ONLY

5) Amendments, if any, to the articles or certificate of the surviving entity. Provide article numbers, if available. (NRS 92A.200)*:

6) Location of Plan of Merger (check a or b):

☐ (a) The entire plan of merger is attached;

or,

☒ (b) The entire plan of merger is on file at the registered office of the surviving corporation, limited-liability company or business trust, or at the records office address if a limited partnership, or other place of business of the surviving entity (NRS 92A.200).

7) Effective date and time of filing: (optional) (must not be later than 90 days after the certificate is filed)

Date: _____     Time: _____

* Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them "Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the surviving entity except that the name of the surviving entity may be changed.



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 6

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

8) Signatures - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article eight.

CALIFORNIA REALTY PARTNERS, INC.
Name of merging entity

X _____    PRESIDENT        Date 10/23/11
Signature                     Title

Name of merging entity

X _____                      Date
Signature                     Title

Name of merging entity

X _____                      Date
Signature                     Title

Name of merging entity

X _____                      Date
Signature                     Title

and,

HEALING DIVES, INC.
Name of surviving entity

X _____    PRESIDENT        Date 10/23/11
Signature                     Title

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

IMPORTANT: Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 6
Revised: 8-31-11

EXHIBIT "E"

**Healingdives.com Trademark Infringement Case**

**6 Paid Google Adwords Found through both SEMRUSH & Spyfu:**

**June 9, 2017 to September 1, 2015**

# Keyword: vitaeris hyperbaric chamber

https://cache.spyfu.com/?d=20170301&t=27422282&name=vitaeris%20hyperbaric%20chamber

**Hyperbaric Chamber** $3,995 - 26", 1.3 ATA, Lease $131/month
[Ad] www.healingdives.com/26/**Chamber** (888) 713-8700
Purchase - $3,995, Fits one person, Easy access, 0% Financing, Free Shipping
28" Military Chamber - 23" Chamber - 28" Chamber - 40" Chamber

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| **portable** hyperbaric chamber **for sale** | **vitaeris 320 purpose** |
| **vitaeris 320 review** | **vitaeris 320 manual** |
| **solace** hyperbaric chamber | **oxyhealth lawsuit** |
| **oxyhealth** hyperbaric chamber | **vitaeris 320 for rent** |

https://cache.spyfu.com/default.aspx?d=20161201&t=27422282&name=vitaeris%20hyperbaric%20chamber&pg=2

**Hyperbaric Chamber** $7,495
[Ad] www.healingdives.com/ +1 888-713-8700
Buy - $7,495, Lease - $247/month, 33", 1.3 ATA, 0% Financing

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| **portable** hyperbaric chamber **for sale** | **oxyhealth lawsuit** |
| **vitaeris 320 review** | **vitaeris 320 for rent** |
| **oxyhealth** hyperbaric chamber | **vitaeris 320 purpose** |
| **vitaeris 320 manual** | **vitaeris 320 repair** |

https://cache.spyfu.com/?d=20160401&t=27422282&name=vitaeris%20hyperbaric%20chamber

**Hyperbaric Chamber** $3,995
[Ad] www.healingdives.com/
Buy - $3,995, Lease - $129/month, 23", 1.3 ATA, 0% Financing
Healing Dives 28 Portable Hyperbaric Chamber EL

**Hyperbaric Chamber** $3950 - Affordable / Home or Office
[Ad] www.newtowne**hyperbarics**.com/ (410) 575-4220
Rent or Purchase / Available Today

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| **vitaeris** hyperbaric chamber **for sale** | **respiro 270 for sale** |
| **portable** hyperbaric chamber | **oxyhealth solace 210** |
| **vitaeris 320 review** | **fortius 420 for sale** |
| **respiro 270** | **vitaeris** hyperbaric chamber **price** |

https://cache.spyfu.com/default.aspx?d=20151001&t=27422282&name=vitaeris+hyperbaric+chamber



https://cache.spyfu.com/default.aspx?d=20150901&t=27422282&name=vitaeris%20hyperbaric%20chamber&pg=2



# Keyword: vitaeris 320 hyperbaric

https://cache.spyfu.com/?d=20170101&t=27422280&name=vitaeris%20320%20hyperbaric



https://cache.spyfu.com/?d=20160901&t=27422280&name=vitaeris%20320%20hyperbaric



# Keyword: vitaeris 320 hyperbaric chamber

https://cache.spyfu.com/default.aspx?d=20161201&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber&pg=2



https://cache.spyfu.com/default.aspx?d=20160801&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber&pg=2



**Hyperbaric Chamber** $7.5K
Ad www.healingdives.com/
Buy - $7,495, Lease - $247/month, 33", 1.3 ATA, Free Shipping
28" Chamber - Healing Dives Chambers - 23" Chamber - 60" Vertical Chamber

Holistic **Hyperbarics** - Oxyhealth **Vitaeris 320 Chamber**
Ad www.holistic-**hyperbarics**.com/
Read our latest reviews on chambers

**Vitaeris 320 Hyperbaric**
Ad **vitaeris-320**.compare99.com/
Save On **Vitaeris 320 Hyperbaric Vitaeris 320 Hyperbaric**. Compare

Searches related to **vitaeris 320 hyperbaric chamber**
vitaeris 320 hyperbaric chamber for sale    used hyperbaric chamber for sale
vitaeris 320 hyperbaric oxygen chamber    vitaeris 320 review
vitaeris 320 hyperbaric chamber cost    respiro 270
solace 210 hyperbaric chamber price    respiro 270 for sale

https://cache.spyfu.com/?d=20151001&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber

Google    vitaeris 320 hyperbaric chamber

Web    Images    Videos    News    Shopping    Maps    Books

About 4,990 results

Any time
Past hour          **Hyperbaric Chamber $3,995 - healingdives.com**
Past 24 hours      Ad www.healingdives.com/
Past week          Buy - $3,995, Lease - $129/month, 23" 1.3 ATA; Also 28" 40" 46" & 60"

# keyword: vitaeris 320

https://cache.spyfu.com/?d=20170101&t=27422279&name=vitaeris%20320



Google    vitaeris 320

All    Images    Videos    News    Shopping    Maps    Books

About 4,580 results

Any time
Past hour          **Hyperbaric Chamber $3895 - Manufactured in USA**
Past 24 hours      Ad www.newtownehyperbarics.com/ (410) 575-4220
Past week          Purchase / Rent / Rent-to-Own. Affordable / Durable / Safe
Past month         Factory Direct Sales ? Best Rental Program ? Call for Special Offers
Past year              Class 4 Series          Class 7
                       Seal Chamber            Contact Us
All results        **Hyperbaric Oxygen Treatment - Safe & Trusted for Years.**
Verbatim           Ad www.oxyhealth.com/oxygen-therapy
                   Hyperbaric oxygen treatment is used as trusted & safe therapy for many diseases.
                   Rich Selection ? Highly Secured
                   Respiro 270 - Quamvis 320 - Vitaeris 320

                   **Hyperbaric Chamber $3,995**
                   Ad www.healingdives.com/
                   Buy - $3,995, Lease - $131/month, 26" 1.3 ATA; Also 33" 40" 46" & 60"

https://cache.spyfu.com/?d=20151101&t=27422279&name=vitaeris%20320



## Keyword: solace 210 hyperbaric chamber

https://cache.spyfu.com/default.aspx?d=20170401&t=27378181&name=solace%20210%20hyperbaric%20chamber&pg=2

**Portable Hyperbaric Chambers** - Large Selection at Low Prices
[Ad] www.healingdives.com/**Hyperbaric**/**Chambers**
From $3,995, 1.3 ATA, 0% Financing, Leasing, Rent-to-Own, Free Shipping Specials
Easy to use ? No restocking fees ? The best deals ? Bright and quiet ? 2 Year warranty
40" Chamber EL - 46" Vertical Chamber - 60" Vertical Chamber - 26" Chamber

Searches related to **solace 210 hyperbaric chamber**

oxyhealth solace 210 price                  oxyhealth hyperbaric chamber
respiro 270 for sale                        portable hyperbaric chamber for sale
vitaeris 320 hyperbaric chamber for sale    portable hyperbaric bag
respiro hyperbaric oxygen chamber           hyperbaric chamber for sale craigslist

https://cache.spyfu.com/default.aspx?d=20160801&t=27378181&name=solace%20210%20hyperbaric%20chamber&pg=2

**Hyperbaric Chamber** $3,995
[Ad] www.healingdives.com/ (888) 713-8700
Buy - $3,995, Lease - $131/month, 26" 1.3 ATA; Also 33" 40" 46" & 60"
Healing Dives 46 Vertical Portable Hyperbaric Chamber

Searches related to **solace 210 hyperbaric chamber**

solace 210 hyperbaric chamber for sale      solace 210 hyperbaric chamber cost
fortius 420 hyperbaric chamber price        vitaeris 320 hyperbaric chamber for sale
respiro 270                                 used hyperbaric oxygen chamber for sale
respiro 270 for sale                        respiro 270 hyperbaric chamber

https://cache.spyfu.com/?d=20151001&t=27378181&name=solace%20210%20hyperbaric%20chamber



# Keyword: solace hyperbaric chamber

https://cache.spyfu.com/?d=20160901&t=27378183&name=solace%20hyperbaric%20chamber

**Hyperbaric Chamber $3,995**
Ad www.healingdives.com/ (888) 713-8700
Buy - $3,995, Lease - $131/month, 26" 1.3 ATA; Also 33" 40" 46" & 60"
Healing Dives 40 Portable Hyperbaric Chamber EL

**New Hyperbaric Chambers**
Ad www.freethechamber.com/ (888) 821-1772
Hyperbaric Chamber Review New and Certified Used Chambers
Call to compare ? WBV Expert Advice

**Solace Hyperbaric Chamber**
Ad www.searchall.com/Search+Results
Search For Solace Hyperbaric Chamber with 100's of Results at SearchAll!

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | solace **210** |

https://cache.spyfu.com/default.aspx?d=20160601&t=27378183&name=solace%20hyperbaric%20chamber&pg=2

**Hyperbaric Chamber** $7,495
Ad www.healingdives.com/ (888) 713-8700
Buy - $7,495, Lease - $247/month, 28", 1.3 ATA, 0% Financing
Healing Dives 28 Portable Hyperbaric Chamber

**Hyperbaric** Treatment Cost
Ad health.alot.com/HBO+Therapy
Search **Hyperbaric** Treatment Info. Get Your Health Answers & More Here
Learn, Share And Explore. ? New Health Content Daily.

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | solace **210** |

https://cache.spyfu.com/?d=20160401&t=27378183&name=solace%20hyperbaric%20chamber

**Hyperbaric Chamber** $3,995
Ad www.healingdives.com/
Buy - $3,995, Lease - $129/month, 23" 1.3 ATA; Also 28" 40" 46" & 60"
Healing Dives 46 Vertical Portable Hyperbaric Chamber

Used **Hyperbaric** Chambers - Perfect for your Home or Office
Ad www.**hyperbaric-chambers**-for-sale.com/ (770) 948-4511
Buy Today. Easy Call. Easy Delivery
654 Windy Hill Rd, Smyrna, GA

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | solace **210** |

https://cache.spyfu.com/?d=20151101&t=27378183&name=solace%20hyperbaric%20chamber





Web    Images    Videos    News    Shopping    Maps    Books

About 2,610 results

**Any time**
Past hour
Past 24 hours
Past week
Past month
Past year

**All results**
Verbatim

Portable **Hyperbaric Chamber Solace** 210, Mild **Hyperbaric Chamber**
www.oxyhealth.com/**solace**-210.html - Cached - Similar
**hbot Chambers**, Mild **Hyperbaric Chamber**, Hyperbaric Oxygen Chamber, Hyperbaric
Therapy, Gamow, in-home, treatment, hbot, hbo, **hyperbaric chamber** ...

Darren Sharper MN Vikings and his **Solace** 210 **Hyperbaric** ...

www.youtube.com/watch?v=mgVQxPDokpg
Jan 24, 2011 - 6 min - Uploaded by SportsHyperbarics
Darren Sharper, safety for the Minnesota Vikings, shows you how he
uses his **Solace** 210 ...

**Solace** 210 **Hyperbaric Chamber** by OxyHealth
www.cascadehealthcaresolutions.com/**Solace**...**Hyperbaric-Chamber**.../oxy-
**solace**210.htm - Cached - Similar
$6,890.75 - In stock
The most popular model in our Mild **Hyperbaric Chamber** line, the **Solace** 210 has a new look
and added perks. With newly refined valve ports that raise the ...

**Hyperbaric Chamber**: Medical Equipment | eBay
www.ebay.com/bhp/**hyperbaric-chamber** - Cached - Similar

Shop for **solace h...**
on Google                    Sponsored ⓘ


OxyHealth **Solace** 210
Portable **Hyperbaric**
**Chamber**
**$7,175.00** -
Rehabmart.com

Ads ⓘ

**O2 Hyperbaric** Gas Supply
www.airproducts.com/**HBOT**
(855) 991-8677
Reliable supply system to meet your
complex tank space restrictions.

**Hyperbaric Chamber** $7,495
www.healingdives.com/
(888) 713-8700
Buy - $7,495, Lease - $247/month,
28", 1.3 ATA, Free Shipping

EXHIBIT "F"

### Organic SEO Trademark Infringement Case

Company: Healing Dives, Inc.
Address: 4220 Lobos Road, Woodland Hills, CA  91364
Domain: healingdives.com
Domain Registrar: Tucows
Hosting: Bluehost
Software's Used: SEMRUSH

## MEANING OF ORGANIC SEO:

Organic search engine optimization (organic SEO) refers to the methods used to obtain a high placement (or ranking) on a search engine results page in unpaid, algorithm-driven results on a given search engine.

Organic search listings DO NOT have an AD logo on the top left of the search listing. When someone searches for a specific keyword, for example, "hyperbaric chamber" a full list of search results comes up on the page. Search Listings that DO NOT have an Ad logo next to it are ALL Organic Search Results.

**Summary:** In research of Healing Dives, Inc's trademark infringement, our findings conclude 5 Organic, Unpaid Keyword Trademark Infringements from SEMRUSH.

5 Organic Keywords Found through SEMRUSH:

# KEYWORD: vitaeris hyperbaric chamber for sale

Current Ranking: 9th Position
Search Volume: 40
CPC: $0.73
Traffic %: 0.15



# KEYWORD: vitaeris 320 for sale

Current Ranking: 53
Search Volume: 40
CPC: $1.74
Traffic %: 0.00

### Healing Dives Portable Hyperbaric Chambers
www.healingdives.com/ ▾
We offer nine portable hyperbaric chambers that range in **price** from $3995 - $16995. Our state-of-the art chambers are bright, quiet, and easy to use.

### Oxyhealth Vitæris 320 Hyperbaric Chamber for Sale - electronic ...
www.electronic-circuits-diagrams.com/.../Oxyhealth-Vitæris-320-Hyperbaric-Chamb... ▾
Oxyhealth **Vitaeris 320** Hyperbaric Chamber: $9,000. REDUCED FROM $11,800 plus added equipment for quick **sale**. READY TO GO! Complete Unit including ...

### The Health Benefits of HyperBaric Oxygen - Dr. Jockers
drjockers.com/health-benefits-hyperbaric-oxygen-therapy/ ▾
These systems range in **price** from $5-$25,000 or you can get treatments that .... for a hyperbaric oxygen chamber for your home, I recommend the **Vitaeris 320**, ...

## Searches related to vitæris 320 for sale

| | |
|---|---|
| vitæris 320 for **rent** | **hyperbaric chamber** for sale **craigslist** |
| vitæris 320 **review** | vitæris 320 **manual** |
| **portable hyperbaric chamber** for sale | **hyperbaric chamber** for sale **ebay** |
| vitæris 320 **purpose** | **oxyhealth lawsuit** |



‹ Goooooooooogle ›

Previous     1  2  3  4  5  6  7  8  9  10     Next

# KEYWORD: vitaeris 320 price

Current Ranking: 63
Search Volume: 20
CPC: $1.64
Traffic %: 0.00

### Healing Dives Portable Hyperbaric Chambers
www.healingdives.com/ ▾
We offer nine portable hyperbaric chambers that range in **price** from $3995 - $16995. Our state-of-the art chambers are bright, quiet, and easy to use.

### View all results - usedHME.com | Find Products
usedhme.com/findEquipment/Index.php?zip=&radius=10&action=1...id... ▾
Phone, 9517199795. Location, Lake Elsinore, CA. **Price**, $85 ... Chicago, IL. **Price**, **Price** negotiable ..... **Vitaeris 320** Hyperbaric Chamber with Oxgenator.

## Searches related to vitæris 320 price

| | |
|---|---|
| vitæris 320 **for rent** | vitæris 320 **repair** |
| vitæris 320 **review** | **portable hyperbaric chamber for sale** |
| vitæris 320 **purpose** | **oxyhealth lawsuit** |
| vitæris 320 **manual** | vitæris 320 **parts** |



‹ Goooooooooogle ›

Previous    2 3 4 5 6 7 8 9 10 11    Next

# KEYWORD: vitaeris hyperbaric chamber

Current Ranking: 76
Search Volume: 30
CPC: $0.74
Traffic %: 0.00



Page 7 of about 4,250 results (0.78 seconds)

**HYPERBARIC FOR AUTISM**
www.hyperbaric4autism.com/ ▾
Portable **hyperbaric chamber** for rent $1495 a month. ... The **Vitaeris** is the chamber of choice for many families who have active children, larger children, or who ...

**Hyperbaric Oxygen therapy - Supplements - LONGECITY**
www.longecity.org › LONGECITY › Bioscience, Health & Nutrition › Supplements ▾
Jun 27, 2011 - 18 posts - 13 authors
The **Vitaeris** 320 is what's known as a mild **hyperbaric** oxygen **chamber**. it only puts you under 4 pounds of pressure. This is not to be confused ...

**Soft Chamber Sales & Rentals : MN Hyperbaric**
mnhyperbaric.org/hbot-chambers-for-sale/ ▾
Minnesota Hyperbaric image ... Buy or rent your own home **HBOT chamber**. Staff ... It is our goal to make renting our **Vitaeris** 320 soft chamber as affordable and ...

**Oxyhealth Tried to have a chamber repaired, they want ... - Ripoff Report**
www.ripoffreport.com/.../oxyhealth-tried-to-have-a-chamber-repaired-they-want-to-s... ▾
Feb 14, 2013 - We bought a used **hyperbaric chamber** for our 5 year old son with ... the same kind of chamber that was used in the clinics which is a **Vitaeris** ...
You visited this page on 5/31/17.

**Healing Dives Portable Hyperbaric Chambers**
www.healingdives.com/ ▾
We offer nine portable **hyperbaric chambers** that range in price from $3995 - $16995. Our state-of-the art chambers are bright, quiet, and easy to use.

# KEYWORD: vitaeris 320 hyperbaric oxygen chamber

Current Ranking: 88
Search Volume: 20
CPC: $1.14
Traffic %: 0.00



Page 8 of about 2,610 results (0.65 seconds)

**HBOT / Hyperbaric Oxygen Therapy - Fox Medical Centers**
www.foxmedicalcenters.com/hbot-hyperbaric-oxygen-therapy/ ▼
What is HBOT / Hyperbaric Oxygen Therapy? Vitaeris 320 HBOT. Hyperbaric medicine uses a special
pressure chamber or pressurized room that provides ...

**Oxyhealth Hyperbaric Chambers: Designed for Medical and Private ...**
vaticanassassins.org/.../oxyhealth-hyperbaric-chambers-designed-for-medical-and-pri... ▼
Nov 16, 2011 - Portable Oxyhealth Chamber Vitaeris 320 ... fire hazard of dangerous hyperbaric oxygen
chambers−which we do not and shall never offer.

**Hyperbaric Oxygen Therapy in SE Portland | Urban Wellness Group**
www.urbanwellnesspdx.com/services/hyperbaric_oxygen_treatment ▼
★★★★★ Rating: 4.9 - 37 reviews
What Is Hyperbaric Oxygen Therapy? Vitaeris 320. Photo Courtesy of OxyHealth. Hyperbaric therapy --
also known as Hyperbaric Oxygen Therapy, HBO, ...

**Hyperbaric Chamber Models, Products and Specs | MedWrench**
https://www.medwrench.com/equipment-list/1621/hyperbaric-chamber ▼
This Hyperbaric Oxygen chamber provides an alternative modality for physicians ... in our fleet of mild
hyperbaric chambers, the Vitaeris 320 boasts a roomy 32" ...

**Boy Connected: Dante and the Hyperbaric Oxygen Chamber**
boyconnected.blogspot.com/2011/08/dante-and-hyperbaric-oxygen-chamber.html ▼
Aug 7, 2011 - The Hyperbaric Oxygen Chamber really helps with sleep! .... http://www.oxyhealth
.com/vitaeris-320.html. Tuesday, August 16, 2011 at 5:28:00 ...

**Healing Dives Portable Hyperbaric Chambers**
www.healingdives.com/ ▼
Maybe you learned about hyperbaric oxygen therapy on TV or through research on the Internet.
Perhaps you have a friend or relative who has benefited from ...